HELEN MATTHIESEN et al., Respondents, *v.* ANTHONY ADRIAN, Appellant.

Argued December 2, 1953; decided January 15, 1954.

*Stanley B. Johnson, William S. O'Connor* and *G. R. Bartlett, Jr.,* for appellant.

*Henry Hirschberg* and *Milton Dammann* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE and FROESSEL, JJ. FULD and VAN VOORHIS, JJ., dissent and vote to reverse and dismiss the complaint upon the ground that the record contains no evidence of actionable negligence on defendant's part nor of freedom from contributory negligence.